UNITED STATES of America, Plaintiff–Appellee,

v.

Jose SEDANO–CHAVEZ, Defendant–Appellant.

No. 12–50572.

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 19, 2013.*

Filed Dec. 9, 2013.

Curtis A. Kin, Esquire, Assistant U.S., Office of the U.S. Attorney, Los Angeles, CA, Sandy N. Leal, Assistant U.S., United States Attorney's Office, Santa Ana, CA, for Plaintiff–Appellee.

H. Dean Steward, San Clemente, CA, for Defendant–Appellant.

Jose Sedano–Chavez, pro se.

Before: CANBY, TROTT, and THOMAS, Circuit Judges.

MEMORANDUM **

Jose Sedano–Chavez a appeals from the district court's judgment and challenges his guilty-plea conviction for aiding, assisting, and conspiring to permit certain aliens to enter the United States, in violation of 8 U.S.C. § 1327. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Sedano–Chavez contends that his guilty plea was not knowing and voluntary be-

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

cause his background and lack of education makes it unlikely that he understood the proceedings and because he did not believe he had committed a crime. We review de novo whether a defendant's guilty plea was voluntary. *See United States v. Gaither,* 245 F.3d 1064, 1068 (9th Cir.2001). The record reflects that Sedano–Chavez understood the proceedings and the elements of the crime with which he was charged, and that he admitted he knew he was assisting an alien, who was inadmissible, to enter the United States. The district court properly concluded that Sedano–Chavez's plea was knowingly and voluntarily made.

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.